CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULITA REDZIA,<br>Defendant. | NO. CR 25-70968-MAG<br><br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice against Julita Redzia.

DATED: August 14, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
MARTHA BOERSCH
Chief, Criminal Division

Leave is granted to the government to dismiss the complaint against Julita Redzia without prejudice.

Date: August 14, 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Nathanael M. Cousins

HON. [obscured by stamp]NS
United [obscured by stamp]

NOTICE OF DISMISSAL
No. CR 25-70968-MAG ____________

v. 8/4/2021